February 4, 2014



# JUDGMENT

## 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

GARY MARTIN, PERSONAL REPRESENTATIVE OF THE ESTATE OF MARGIE T. MARTIN, Appellant

NO. 14-13-00025-CV                    V.

CHICK-FIL-A, HWY 59 AT KIRBY DRIVE, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Chick-Fil-A, Hwy 59 at Kirby Drive, signed December 7, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Gary Martin, personal representative of the Estate of Margie T. Martin, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.